# In the United States Court of Federal Claims

No. 09-239C

(Filed September 27, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **DAWN HALL,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| **THE UNITED STATES,** | \* |
| | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

A telephonic conference concerning further proceedings is scheduled for Wednesday, October 13, 2010 at 3:30 p.m. EDT.  The Court will initiate the call.

IT IS SO ORDERED.

                                      s/Bohdan A. Futey
                                      **BOHDAN A. FUTEY**
                                             **Judge**