# In the United States Court of Federal Claims

No. 09-239C

(Filed December 13, 2010)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
DAWN HALL,                                         *
                                                   *
         Plaintiff,                                *
                                                   *
    v.                                             *
                                                   *
THE UNITED STATES,                                 *
                                                   *
         Defendant.                                *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Pursuant to the Joint Status Report filed on December 9, 2010, the following is hereby ordered:

1. The parties shall conduct limited fact discovery and conclude by Monday, February 7, 2011.

2. Cross-motions for summary judgment shall be filed by Monday, March 14, 2011.

3. Responses shall be due by Monday, April 11, 2011. Replies may be filed by Monday, April 25, 2011.

IT IS SO ORDERED.

                                                s/Bohdan A. Futey
                                                **BOHDAN A. FUTEY**
                                                         **Judge**